| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DOUGLAS S. STANGER,**<br>**CHAPTER 7 TRUSTEE**<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002-4609<br>609.645.1881 | |
| In Re:<br><br>Susan Onda<br><br>Debtor | Case No. 26-15682(JNP)<br><br>Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 7 |

**APPLICATION FOR RETENTION OF PROFESSIONAL**

1. The applicant, Douglas S. Stanger, is the (check all that apply)

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________________

2. The applicant seeks to retain the following professional McManimon, Scotland & Baumann, LLC to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________

☒ Other Professional:

☐ Realtor ☐ Appraiser ☒ Special Counsel

☐ Auctioneer ☐ Other (specify): ________________________

3. The employment of the professional is necessary because:
The Trustee will be investigating and challenging the validity of the alleged lien of Unison on the Debtor's schedules.

4. The professional has been selected because:
Of its considerable experience in the field of bankruptcy, debtor-creditor rights, and asset liquidation. The Trustee believes that McManimon, Scotland & Baumann, LLC is well qualified to represent him as counsel in this Chapter 7.

5. The professional services to be rendered are as follows:
See attached Certification of Andrea Dobin.

6. The proposed arrangement for compensation is as follows:
The retained professional will be required to submit an application for fees and upon completion of the services requested, to be approved by Order of the Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☒ Describe connection: Andrea Dobin is a sitting Trustee on New Jersey Panel Trustee.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

______________________________________________

______________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

______________________________________________

______________________________________________

Date: 7.21.2026

/s/ *Douglas S. Stanger*
Signature of Applicant

Douglas S. Stanger, 7 Trustee
Name of Applicant

- and –

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
*Proposed Counsel to Chapter 7 Trustee*

Date: 7.21.2026

By: /s/ *Andrea Dobin*
Andrea Dobin



4908-6472-7743, v. 1