| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DOUGLAS S. STANGER,**<br>**CHAPTER 7 TRUSTEE**<br>1810 Chapel Avenue West<br>Cherry Hill, NJ  08002-4609<br>609.645.1881 | **Order Filed on July 29, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Susan Onda<br><br>      Debtor | Case No. 26-15682(JNP)<br><br>Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 7 |

## ORDER AUTHORIZING RETENTION OF MCMANIMON SCOTLAND AND BAUMANN, SPECIAL COUSNEL FOR DOUGLAS S. STANGER, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: July 29, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ____McManimon Scotland & Baumann____

as____Special Counsel for Trustee_____ it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    ____427 Riverview Plaza_____

   ____Trenton, NJ  08611_____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

4853-3273-7710, v. 1

2